UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PAVONE,<br><br>                      Plaintiff,<br><br>v.<br><br>GEORGE CARDONA, Chief Trial Counsel, Office of the Chief Trial Counsel of the State Bar of California; LEAH WILSON, Executive Director of the State Bar of California; ANDREW VASICEK, Senior Attorney, Office of Chief Trial Counsel,<br><br>                      Defendants. | Case No.:  3:21-cv-1743-BTM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND SETTING NEW BRIEFING SCHEDULE**<br><br>**[ECF NO. 17]** |

On October 19, 2021, the parties filed a joint motion to continue the October 20, 2021 hearing on Plaintiff's Application for a Temporary Restraining Order. (ECF No. 17.) The joint motion is **GRANTED**. The hearing is continued to **3:30 p.m. on November 8, 2021** in Courtroom 15B in the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

Defendants may file a response by **October 29, 2021**. Plaintiff may file a reply by **November 5, 2021**.

The parties should be prepared to address why the case should not be dismissed under *Younger v. Harris*, 401 U.S. 37 (1971). *See Hirsh v. Justs. of Supreme Ct. of State of Cal.*, 67 F.3d 708, 712 (9th Cir. 1995) ("*Younger* and its progeny generally direct federal courts to abstain from granting injunctive or declaratory relief that would interfere with pending state judicial proceedings"); *Canatella v. California*, 404 F.3d 1106, 1110 (9th Cir. 2005) ("California's attorney discipline proceedings are judicial in character for purposes of *Younger* abstention").

**IT IS SO ORDERED.**

Dated: October 20, 2021

Honorable Barry Ted Moskowitz
United States District Judge